# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

CHRISTOPHER LEE JOYNER, JR.,

    Plaintiff,

v.                                                                          3:10-cv-406-HEH

SGT. G. O'NEIL, et al.,

    Defendants.

## AGREED JURY INSTRUCTIONS

Pursuant to the Magistrate Judge Scheduling and Pretrial Order, the parties submit the following as Agreed Proposed Jury Instructions.

Counsel will submit a CD-ROM with these instructions in rich text format (RTF)

    Respectfully submitted,

/S/ S. Lawrence Dumville
S. Lawrence Dumville
Virginia State Bar No. 17803
Attorney for: Sgt. G. O'Neil and
Deputy C. Vickrey
Norris & St. Clair, P.C.
2840 S. Lynnhaven Road
Virginia Beach, Virginia  23452
(757) 498-7700/FAX (757) 498-7744
Email: ldumville@norrisstclair.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2012 I will electronically file the foregoing to the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brandon M. Santos, Esquire
Steven George Popps, Esquire

McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219-4030
Phone: 804 775-1000
Fax:    804 698-2194
bsantos@mcguirewoods.com
spopps@mcguirewoods.com

                                        */S/ S. Lawrence Dumville*
S. Lawrence Dumville
Virginia State Bar No. 17803
Attorney for:  Sgt. G. O'Neil and
Deputy C. Vickrey
Norris & St. Clair, P.C.
2840 S. Lynnhaven Road
Virginia Beach, Virginia  23452
(757) 498-7700/FAX (757) 498-7744
Email:  ldumville@norrisstclair.com