# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

CHRISTOPHER LEE JOYNER, JR.,

    Plaintiff,

v.                                  3:10-cv-406- MHL

SGT. G. O'NEIL, et al.,

    Defendants.

### DEFENDANTS' MEMORANDUM REGARDING THE COURT'S PROPOSED VOIR DIRE

The defendants Sgt. Greg O'Neil and Deputy Christopher Vickrey, by counsel, and pursuant to the request of the Court file this Memorandum.

### The Court's Proposed Voir Dire

The defendants have no objection to any of the proposed Voir Dire.

The defendants requests additional Voir Dire:

1.    Have you had an occasion to feel that you or a family member was treated unfairly by a law enforcement officer?

2.    Have you ever filed a complaint against a law enforcement officer?

3.    Have you or an immediate family member had an occasion to work in a jail or prison setting whether in a law enforcement capacity or otherwise?  For example, as a food service provider or medical services provider in a jail or prison setting?

                                                      Respectfully submitted,

                                                       */S/ S. Lawrence Dumville*
                                                       S. Lawrence Dumville (VSB # 17803)
                                                       Jonathan L. Stone (VSB #75483)

                    Attorneys for:  Sgt. G. O'Neil and
                    Deputy C. Vickrey
                    Norris & St. Clair, P.C.
                    2840 S. Lynnhaven Road
                    Virginia Beach, Virginia  23452
                    (757) 498-7700/FAX (757) 498-7744
                    Email:  ldumville@norrisstclair.com
                          jstone@norrisstclair.com

## CERTIFICATE OF MAILING

      I hereby certify that on the 3rd day of July, 2012 I will electronically file the foregoing to the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brandon M. Santos, Esquire
Steven George Popps, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219-4030
Phone: 804 775-1000
Fax:     804 698-2194
bsantos@mcquirewoods.com
spopps@mcguirewoods.com

                    */S/ S. Lawrence Dumville*

                    S. Lawrence Dumville (VSB 17803)
                    Jonathan L. Stone (VSB #75483)
                    Attorneys for:  Sgt. G. O'Neil and
                    Deputy C. Vickrey
                    Norris & St. Clair, P.C.
                    2840 S. Lynnhaven Road
                    Virginia Beach, Virginia  23452
                    (757) 498-7700/FAX (757) 498-7744
                    Email:  ldumville@norrisstclair.com
                          jstone@norrisstclair.com